IN THE MATTER OF THE PETITION OF LUCINDA S. MORGAN et al., Trustees, etc., Respondents; FOR THE REMOVAL OF WILLIAM R. MORGAN, Appellant.

THE SAME, Appellant, v. THE SAME, Respondents.

THE SAME, Appellant, v. THE SAME, Respondents.

(Argued April 20, 1876; decided April 28, 1876.)

*John A. Godfrey* for the appellant.

*Joseph H. Choate* for the respondents.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

------

WILLIAM B. DINSMORE et al., Appellants and Respondents, v. ALVIN ADAMS et al., Respondents and Appellants.

Where a motion to vacate a judgment taken by default is made both on the ground of mistake, inadvertence, surprise or excusable neglect, and also on the ground of fraud, and the facts warrant the granting of the motion on that ground, it will be presumed, on appeal from an order of General Term, affirming an order granting the motion, as against an objection, that the order was granted more than a year after notice of judgment, and so was improper under section 174 of the Code; that the order was granted on the ground of fraud, and the limitation of said section does not apply.
Such an order is not reviewable here.

(Argued April 25, 1876; decided April 28, 1876.)

THESE were cross appeals.   Plaintiffs appealed from an order of General Term affirming an order of Special Term vacating and setting aside the judgment herein as against thirty-five of the defendants.   Defendant Daniel Phillips and fifteen others appealed from an order denying the motion as to them.   (Reported below, 5 Hun, 149.)

The motion was made on the ground of inadvertence and excusable neglect, and also on the ground of fraud. The court held, as to defendants' appeal, that the motion was addressed to the discretion of the court and was not appealable, citing *Foote* v. *Lathrop* (41 N. Y., 358), *Schaettler* v. *Gardiner* (47 id., 404), *Depew* v. *Dewey* (56 id., 657), *White* v. *Coulter* (59 id., 629), *Miller* v. *Tyler* (58 id., 480).

As to plaintiff's appeal, it was urged that the motion should not have been granted as the time limited by the Code (§ 174) for making such a motion had expired. *Held*, as above.

*W. W. MacFarland* for the defendants, appellants.

*John E. Burrill* for the plaintiffs.

*Per Curiam* memorandum for dismissal of appeal.
All concur.
Appeal dismissed.

---

HENRY S. CAMBLOS, Respondent, *v.* FREDERICK BUTTERFIELD, Impleaded, etc., Appellant.

(Argued April 25, 1876; decided April 28, 1876.)

*Andrew Boardman* for the appellant.

*John E. Burrill* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.